**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PLASHAA D. VANNISON | : | |
| Plaintiff | : | |
| v | : | Civil Action No. DKC-06-3263 |
| BALTIMORE CITY POLICE DEPT | : | |
| Defendant | : | |

o0o

**MEMORANDUM**

The above-captioned civil rights Complaint filed December 4, 2006, seeks damages for false arrest and false imprisonment. Paper No. 1. Plaintiff is currently incarcerated on charges stemming from his alleged possession of marijuana. *Id*. He claims the police officers who arrested him planted the drugs on him and now seeks damages for that conduct. *Id*.

In *Heck v. Humphrey*, 512 U. S. 477, 487 (1994), the Supreme Court held that claims challenging the legality of a conviction are not cognizable in a 42 U.S.C. § 1983 action unless and until the conviction is reversed, expunged, invalidated, or impugned and complaints containing such claims must therefore be dismissed without prejudice. Put another way, Plaintiff's claims for damages cannot be entertained by this Court unless he has first successfully challenged his criminal conviction. Plaintiff indicates in his complaint that he was arrested on October 7, 2006, and that charges are still pending. In the event that the state courts agree with his assessment of the events surrounding his arrest and, as a result, overturn his conviction, he may re-file his constitutional claim for damages at that time. A separate Order dismissing the complaint without prejudice follows.

  12/7/06  
Date

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge